IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KERRY L. BAXTER,<br>        Petitioner,<br> vs.<br>T. FELKER, Warden,<br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 07-1032 JSW (PR)<br><br>**SCHEDULING ORDER REGARDING AMENDED PETITION** |

      Petitioner, a prisoner of the State of California, currently incarcerated at High Desert State Prison in Susanville, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. On July 26, 2007, the Court ordered Respondent to show cause why the petition should not be granted. Thereafter, Petitioner filed a motion to amend the petition which was granted on October 25, 2007. Petitioner filed an amended petition on November 13, 2007, raising the same claims that had been raised in his earlier petition, but with additional supporting documentation. At the same time as the Court granted Petitioner's request to amend, it also provided Respondent with sixty days from October 25, 2007 to respond to the petition. As no new claims are asserted in the amended petition, the Court's earlier order remains in effect and Respondent is ordered to answer the petition on or before December 26, 2007, as set forth in this Court's order to show cause filed on July 26, 2007.

      IT IS SO ORDERED.

DATED: December 3, 2007

                                            JEFFREY S. WHITE<br>
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KERRY L BAXTER,

        Plaintiff,

  v.

T FELKER et al,

        Defendant.
_____/

Case Number: CV07-01032 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kerry L. Baxter
V17238
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Ross Charles Moody
Attorney General of the State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: December 3, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk