IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY L. BAXTER,<br><br>        Petitioner,<br><br>  vs.<br><br>T. FELKER, Warden,<br><br>        Respondent. | No. C 07-1032 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PETITION**<br><br>(Docket No. 14) |

Petitioner, a prisoner of the State of California, currently incarcerated at High Desert State Prison in Susanville, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Good cause appearing, his request for an extension of time in which to file a traverse, to and including March 29, 2008, is GRANTED.

This order terminates Docket No. 14.

IT IS SO ORDERED.

DATED: March 13, 2008

                                          JEFFREY S. WHITE<br>
                                          United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

KERRY L BAXTER,

        Plaintiff,

  v.

T FELKER et al,

        Defendant.

Case Number: CV07-01032 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kerry L. Baxter
V17238
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: March 13, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk